EDWIN ELIMILET SALAZAR
ORELLANA,

                Petitioner,

v.

KEVIN RAYCRAFT et al.,

                Respondents.

_____/

Case No. 1:25-cv-1446

Honorable Jane M. Beckering

## **ORDER TO SHOW CAUSE**

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement (ICE) at the North Lake Processing Center in Baldwin, Lake County, Michigan. Petitioner challenges the lawfulness of his current detention.

Petitioner names as Respondents Acting Field Office Director of the Detroit Field Office of ICE Kevin Raycraft, Acting ICE Director Todd Lyons, and United States Secretary of Homeland Security Kristi Noem. Petitioner asks the Court for the following relief: to accept jurisdiction over this action; to declare that Petitioner's warrantless arrest and detention without an individualized determination violates the Fifth Amendment's Due Process Clause; to issue a writ of habeas corpus requiring Respondents to immediately release Petitioner or, alternatively, promptly provide him with a bond hearing before an immigration judge; to prohibit Respondents from transferring Petitioner from the Western District of Michigan without the Court's approval; and to award attorneys' fees and costs for this action. (Pet., ECF No. 1, PageID.18.)

The Court has reviewed the application pursuant to 28 U.S.C. § 2243, and orders as follows:

1.  On or before the third business day after entry of this order, Respondents shall show cause in writing why the writ of habeas corpus and other relief requested in the petition should not be granted.

2.  Petitioner shall file a written reply on or before the third business day after Respondents file their response to the order to show cause.

3.  In Respondents' response and Petitioner's reply, the parties shall address the Court's jurisdiction and authority to grant the requested relief, exhaustion of available remedies, and any issues of fact that must be resolved.

4.  The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

**IT IS SO ORDERED**.

Dated:     November 19, 2025                          /s/ Jane M. Beckering
                                                     Jane M. Beckering
                                                     United States District Judge

2