UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

EDWIN ELIMILET SALAZAR
ORELLANA ,

                Petitioner,

v.

KEVIN RAYCRAFT et al.,

                Respondents.

_____/

Case No. 1:25-cv-1446

Honorable Jane M. Beckering

**<u>ORDER</u>**

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement (ICE), challenging the lawfulness of Petitioner's detention without an opportunity for a bond hearing. On December 4, 2025, the Court entered an opinion and judgment conditionally granting Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF Nos. 6, 7.) The Court ordered, *inter alia*, that Respondents provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days of the date of this Court's Opinion and Judgment or, in the alternative, immediately release Petitioner from custody. The Court also ordered Respondents to file a status report within six business days to certify compliance with the Opinion and Judgment.

On December 11, 2025, Respondents filed a status report indicating that a bond hearing was held on December 10, 2025, and that bond was granted. (ECF No. 8.) This matter is now before the Court on Petitioner's motion for order to show case and to enforce the judgment. (ECF No. 10.)

In his motion, Petitioner acknowledges that a bond hearing was held and that he was granted bond. Nonetheless, the attempts of Petitioner's family and his counsel to pay the bond were not accepted. Petitioner contends that Respondents' failure to accept the bond payment violates the relief ordered by the Court. Petitioner seeks an order compelling Respondents to accept payment of the bond or immediate release.

The issues raised in Petitioner's initial § 2241 petition (ECF No. 1) were resolved by the Court's December 4, 2025, Opinion and Judgment. The Court granted the requested relief directing Respondents to hold a bond hearing. Petitioner acknowledges that Respondents held the hearing as ordered and an order was entered granting release on bond.

Upon review of Petitioner's motion, it appears that Petitioner asks this Court to enforce the immigration judge's bond order. The constitutional wrong of which Petitioner initially complained has been remedied. The hearing required by the statute and due process has been provided. Although Petitioner contends that his wrongful detention continues, the wrong is a new one. This action is closed. If Petitioner contends the new wrong warrants relief under § 2241, Petitioner may file a *new* § 2241 petition in this Court, he may do so by filing a new action with the applicable filing fee or an application to proceed *in forma pauperis*. Petitioner's motion is **DENIED**.

**IT IS SO ORDERED**.

Dated:     January 8, 2025                    /s/ Jane M. Beckering
                                             Jane M. Beckering
                                             United States District Judge